United States District Court
Southern District of Texas

**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Laredo ▼ | Case Number | 5:26-cv-00261 |
|---|---|---|---|

|  |
|---|
| Luis Yupa Quishpi |

| *versus* |
|---|
| Mario Garcia, Miguel Vergara, Todd M. Lyons, Kristi Noem, and Pamela Jo Bondi |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew M. Carlson<br>Taft Stettinius & Hollister LLP<br>80 South Eighth Street, Suite 2200<br>Minneapolis, Minnesota 55402<br>(612) 977-8242; acarlson@taftlaw.com<br>Minnesota 0284828<br>Minnesota 0284828 |
|---|---|

| Name of party applicant seeks to appear for: | Petitioner Luis Yupa Quishpi |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __ No ___ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/26/2026 | Signed: /s/ Andrew M. Carlson |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 2/27/2026 | Clerk's signature *Gaby Salinas* |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: ___February 27, 2026___

United States District Judge